UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MICHAEL DIRIENZO,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:25-cv-1028-DC-CSK<br><br>ORDER DENYING PLAINTIFF'S MOTIONS<br><br>(ECF Nos. 27, 29) |

Pending before the Court are the following miscellaneous motions filed by Plaintiff Alexander Michael Dirienzo, who is proceeding without counsel in this action:[1] (1) motion for default judgment as to Defendants Shirley Weber, Office of Risk and Insurance Management of California, Rob Bonta, Ricardo Lara, and Judge Timothy Healy (ECF No. 27); and (2) administrative motion for alternative service (ECF No. 29). Plaintiff's administrative motion is submitted without a hearing pursuant to E.D. Cal. Local Rule 233(c).

On July 14, 2025, Plaintiff filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). (ECF No. 27.) Plaintiff is requesting the Court enter default judgment against Defendants Shirley Weber, Office of Risk and Insurance

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

Management of California, Rob Bonta, Ricardo Lara, and Judge Timothy Healy. *Id.* at 1-2. Pursuant to Federal Rule of Civil Procedure 55, entry of default must be obtained prior to entry of default judgment. Fed. R. Civ. P. 55(a). Default may be entered against a party against whom a judgment for affirmative relief is sought who fails to plead or otherwise defend against the action. *See* Fed. R. Civ. P. 55(a). Here, Defendants Shirley Weber, Rob Bonta, Ricardo Lara, and Judge Timothy Healy have not had default entered against them, which is a requirement prior to seeking default judgment. In addition, Defendants Weber, Bonta, and Lara have already appeared in this action. *See* Docket. Further, the Office of Risk and Insurance Management of California is not a named defendant in this action and Plaintiff cannot seek default against a party not named as a defendant in the Second Amended Complaint ("SAC"). *See SAC* (ECF No. 11). Accordingly, Plaintiff's motion for default judgment is denied without prejudice.

On July 23, 2025, Plaintiff filed a motion for alternative service. (ECF No. 29.) Plaintiff is requesting permission to serve defendants by certified mail pursuant to Federal Rule of Civil Procedure 4(i) in lieu of personal service. *Id.* Rule 4(c) requires both the summons and copy of the complaint be served on each defendant—by any person over 18 who is not a party. Fed. R. Civ. P. 4(c). Service requirements set forth in Rule 4(i) are applicable to the United States, its agencies, corporations, officers, or employees. Here, Plaintiff has not named the United States, its agencies, corporations, officers, or employees in his complaint. *See* SAC. Plaintiff has also not established that he has exhausted Rule 4's requirements for service to show why alternative service is warranted here for defendants. Accordingly, Plaintiff's motion for alternative service (ECF No. 29) is denied.

Finally, Plaintiff is warned to carefully review the Federal Rules of Civil Procedure, the Local Rules for the Eastern District of California,[2] and Judge Kim's Civil Standing

---

[2] The Local Rules of the United States District Court for the Eastern District of California are available on the district court's website: https://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.

Orders.[3] Pro se litigants are expected to know and comply with the rules of civil procedure. *See American Ass'n of Naturopathic Physicians v. Hayhurst*, 227 F.3d 1104, 1108 (9th Cir. 2000); *see also McNeil v. United States*, 508 U.S. 106, 113 (1993) ("[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel.").

## ORDER

In conclusion, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (ECF No. 27) is DENIED without prejudice; and
2. Plaintiff's motion for alternative service (ECF No. 29) is DENIED.

Dated: September 4, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, diri1028.25

---

[3] Judge Kim's Civil Standing Orders are available on Judge Kim's webpage on the district court's website: https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-chi-soo-kim-csk/.